UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

THURMAN WYATT,

    Plaintiff,

v.                                                        CIVIL ACTION NO. 5:20-cv-00167

WARDEN D.L. YOUNG, *et al*.,

    Defendants.

**ORDER**

    Pending is Plaintiff Thurman Wyatt's letter-form Motion for Voluntary Dismissal Without Prejudice [Doc. 10], filed on June 18, 2020.

    This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on June 23, 2020. Magistrate Judge Aboulhosn recommended that the Court deny Mr. Wyatt's Application to Proceed Without Prepayment of Fees and Costs [Doc. 8], grant Mr. Wyatt's letter-form Motion for Voluntary Dismissal Without Prejudice [Doc. 10], dismiss Mr. Wyatt's letter-form Complaint without prejudice [Doc. 1] and remove this matter from the Court's docket.

    The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis

added). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on July 10, 2020. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 11], DENIES** Mr. Wyatt's Application to Proceed Without Prepayment of Fees and Costs **[Doc. 8], GRANTS** Mr. Wyatt's letter-form Motion for Voluntary Dismissal Without Prejudice **[Doc. 10], DISMISSES** Mr. Wyatt's letter-form Complaint without prejudice **[Doc. 1],** and **DIRECTS** the Clerk to remove this matter from the Court's docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTERED: July 20, 2020

Frank W. Volk
United States District Judge